FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:25-CR-02052-SAB-1 |
| Plaintiff, | |
| v. | |
| CESAR MARTINEZ-IBARRA, | **ORDER ON MOTION TO** |
| Defendant. | **DISMISS** |
| | **\*USMS ACTION\*** |

Before the Court are Defendant's Motion to Dismiss, ECF Nos. 42 and 43, and related Motion to Strike, ECF No. 51. Defendant is represented by Juliana Van Wingerden. The Government is represented by Letitia Sikes. The Motion to Dismiss was argued at a hearing on April 22, 2026, and ruled on at a hearing on April 27, 2026. At both hearings, Defendant was present and in custody.

For the reasons stated on the record at the hearing on April 27, 2026, it appears that Defendant has satisfied the three prongs of 8 U.S.C. 1326(d), and the Motion to Dismiss is **granted**.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Strike, ECF No. 51, is **DENIED**.

2. Defendant's Motion to Dismiss, ECF Nos. 42 and 43, is **GRANTED**.

3. The Indictment, ECF No. 7, is **DISMISED**, with prejudice.

**ORDER ON MOTION TO DISMISS** # 1

4.      The United States Marshals Service shall **immediately release Defendant** from custody with regard to this matter.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of April 2026.



Stan Bastian
Chief United States District Judge

**ORDER ON MOTION TO DISMISS # 2**